```
                    FILED
                 August 19, 2010
              CLERK, US DISTRICT COURT
              EASTERN DISTRICT OF
                   CALIFORNIA

                   DEPUTY CLERK
```

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Case No. 2:10-MJ-00242-DAD-2` |
| Plaintiff, | ) | |
| v. | ) | ORDER FOR RELEASE OF |
| | ) | PERSON IN CUSTODY |
| SHANA DORSEY, | ) | |
| | ) | |
| Defendant. | ) | |

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release  SHANA DORSEY , Case No.  2:10-MJ-00242-DAD-2` , Charge ___ , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    ___  Release on Personal Recognizance

    ___  Bail Posted in the Sum of $_____

    ✔  Unsecured Appearance Bond $55K

    ___  Appearance Bond with 10% Deposit

    ___  Appearance Bond with Surety

    ___  Corporate Surety Bail Bond

    ✔  (Other)    Pretrial conditions as stated on the record.

Issued at  Sacramento, CA  on  August 19, 2010  at  2:20 pm .

                              By    /s/ Gregory G. Hollows
                                   Gregory G. Hollows
                                   United States Magistrate Judge

Copy 5 - Court