Krista Hart
Attorney at Law
State Bar No. 199650
PO Box 188794
Sacramento, CA 95818
(916) 498-8398
kristahartesq@gmail.com

Attorney for Shana Dorsey

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Cr.S. 11-193 JAM |
| Plaintiff/Appellee, | |
| v. | **ORDER** |
| SHANA DORSEY, | |
| Defendant/Appellant. | |

**Good cause appearing**, the hearing set for August 23, 2011, is vacated and the matter is reset to September 20, 2011 at 9:30 a.m. for this misdemeanor appeal. The briefing schedule is reset as follows:

| | |
|---|---|
| Appellant's Opening Brief Due | August 9, 2011 |
| Government Answering Brief Due | September 6, 2011 |
| Appellant's Reply Brief Due | September 13, 2011 |

DATED: 7/12/2011

/s/ John A. Mendez
The Honorable John A. Mendez
United States District Court Judge